**Mohammad Reza SALAMI, Plaintiff—Appellant,**

v.

**NORTH CAROLINA AGRICULTURE & TECHNICAL STATE UNIVERSITY, Defendant—Appellee,**

and

**Joseph Monroe, Defendant.**

No. 10–1281.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 17, 2011.

Mohammad Reza Salami, Appellant Pro Se. Kimberly D. Potter, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Reza Salami appeals the district court's order accepting the recommendation of the magistrate judge and granting the North Carolina Agriculture & Technical State University's motion for

summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Salami v. Monroe*, No. 1:07–cv–00621–JAB, 2010 WL 817483 (M.D.N.C. Mar. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*